# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID FRANTZ, Individually and as Guardian and Parent of M.F., a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, and NATIONWIDE INSURANCE, <br><br> Defendants. | NO. 3:18-CV-0509 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 15th day of May, 2018, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 2) is **GRANTED**. Plaintiffs have **twenty-one (21) days** from the date of entry of this Order to file an amended complaint; otherwise, their claims will be **dismissed with prejudice**.

                                                      /s/ A. Richard Caputo  
                                                      A. Richard Caputo  
                                                      United States District Judge