# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID FRANTZ, Individually and as Guardian and Parent of M.F., a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, and NATIONWIDE INSURANCE, <br><br> Defendants. | NO. 3:18-CV-0509 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 4th day of September, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 11) is **GRANTED in part and DENIED in part**.

(2) The bad faith claim (Count III) against Nationwide Insurance Company, Nationwide Mutual Fire Insurance Company, and Nationwide Insurance in the Amended Complaint is **DISMISSED with prejudice**.

(3) The motion is **DENIED** in all other respects.

                                                                          /s/ A. Richard Caputo
                                                                          A. Richard Caputo
                                                                          United States District Judge